John Bird, plaintiff in error, vs. John T. Meadows, defendant in error.

Assumpsit, from DeKalb county.    Decided by Judge Bull, October Term, 1857.

This was an action of assumpsit upon a promissory note for $500, given in 1853 by the plaintiff in error, who was the defendant in the Court below, to G. J. Wright, and by the said Wright transferred to the defendant in error.

Defendant pleaded that the payee of the note was by its terms, to present the claims of Elijah Bird, then under sentence of death for murder, and to use his influence with the Legislature and the members thereof in an illegal way, to-wit: Said payee was to resort to no other means to obtain the pardon of said Bird than by using the authenticated copy of the testimony given by the witnesses for and against said Elijah; thereby making the Legislature of the State act as an appellate tribunal.

Plaintiff's counsel demurred to the plea.

McLendon and wife, et al. vs. Woodward et al.

The Court sustained the demurrer, and counsel for the defendant excepted.

The jury found a verdict for the plaintiff, and the defendant excepted.

HAMMOND and SON appeared for the plaintiff in error.

HILL, *contra.*                                                              •

*By the Court.*—BENNING J. delivering the opinion.

This case is like the preceding one,* except that there does not arise in it, the second question, which arose in that case. Consequently, there will be the same judgment in it—an affirmance.

                                                    Judgment affirmed.

*Bird vs. Breedlove, 24 Ga. Rep. 623.